IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 94-20785
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JORGE HERNAN VALENCIA,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-93-CR-237-1)
_____

February 5, 1996
Before  KING, SMITH, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Jorge Hernan Valencia appeals the district court's finding
that his relevant conduct properly included 79.07 kilograms of
cocaine.  Valencia also contests the district court's conversion
of $1,007,611 to 67.17 kilograms of cocaine.

     We have reviewed the record and the briefs and perceive no
reversible error.  Accordingly, we affirm Valencia's sentence.

     AFFIRMED.

_____

     [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.